3:15-CV-834-J-25MCR ADA VISION PROVIDED TO RECEPTION MEDICAL CENTER FOR MAILING
TYRONE TAYLOR DATE: 6/29/15
INMATE INITIALS: [signature]
FILED CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE, FLORIDA

DEAR HONORABLE CLERK,

I'M WRITE YOU TO INFORM YOU AND LADY JUDGE that PRESIDE OVER MY PRELIMINARY INJUNCTION FILE IN this COURT. ON 6/25/15 thursday AT AROUD 11:10AM while LEAVING LAW LIBRARY I WAS ON ROAD heading to MY DORM, ME & INMATE JEROME BURGESS WAS handcuff AND TAKEN TO CAPTAIN OFFICE BY OFFICER GOWIN & Sgt. WILLIAM the SECURITY(9) Sgt. I WAS TAKE INTO the CAPTAIN OFFICE BY OFFICER GOWIN, I told by OFFICER GOWIN that he WAS SEND BY L.T. CHALLENGER AND MAJOR STEVENSON to lock ME & BURGESS BECAUSE I WENT OUTSIDE INSTITUTION FOR MEDICAL help to FEDERAL COURT & BURGESS HAS A LAWSUIT PENDING AGAINST his family MEMBER buddies. HE ALSO TRY to get ME TO TAKE OFF MY SHIRT, SO HE CAN REVIEW(3) MARKS I HAVE ON MY BACK, I ASK WHY HE SAID YOU WILL SEE. AS HE LED ME to URGENT CARE to be PRECONFINEMENT. AT URGENT CARE he told NURSE ON DUTY 6/25/15 11:22AM to do PRECONFINEMENT AND to MY BACK FOR STAB WOUNDS, I told the NURSE I DON'T KNOW WHAT he's talking ABOUT STAB WOUNDS, I FELL IN the DORM (2)DAYS AND SCRATCH MY BACK ON STEEL BED POLE AND LOCKER, BECAUSE I GET REAL BAD HEAD PAIN that SO PAINFUL it CAUSES ME FALL OUT -OR to MY KNEES. I ALSO INFORM HER that L.T. BOONE AND OFFICER TROWELL HAD TAKE ME to URGENT CARE 6/23/15 to be CHECK OUT FOR SAME ALLEGATION WHICH MT. MARTIN CHECK ME OUT PUT OINTMENT ON MY BACK AND GAVE ME techial SHOT I ALSO INFORM them I FELL IN DORM, SO I WAS RETURN to MY DORM, SO I DIDN'T NEED ANYMORE TREATMENT. SO OFFICER GOWIN GOT MAD told HER I CAN'T REFUSE MEDICAL TREATMENT BY HER, SHE CALL HER SUPERVISORS WHICH they INFORM HER to SEND to CONFINEMENT to SEE the DOCTOR there. UPON ARRIVE OFFICER GOWIN LEFT I WAS PRECONFINE PLACE IN MY CELL; ABOUT (15) OR (20) MINUTE LATE I WAS told to CUFF UP BY CONFINEMENT OFFICER FELT that ALL the BIG WIGS WERE OUT there

with officer Gowin to see. The camera in confinement will show L.T. Challenger, Major Steven, Officer Gowin and whoever else was with them, on 6/25/15 daytime. Upon me being place in holding cell L.T. Challenger told me I'm going to take off my shirt and show him my wounds or he will personally see to it that I receive a bunch of D.R. and be place on C.M., and I will never see the compound again. So I got tire of hearing his threats so I rise my shirt from back, the camera will show, so he could see my back. He L.T. Challenger exzamine my back call nurse to look to then told her what to write. The camera will show on 6/25/15 daytime between (1) or (2) pm, as I explain to L.T. Challenger that he's wrong for having this nurse falsify report saying I got stab, I told my injuries came from me falling in the dorm on steel bunk and locker, and this was reported two days earlier with medical on 6/23/15 with M.T. Martin the doctor lady on duty at that time and security L.T. Boone and officer Trowell. L.T. Challenger said none of that count, it what he say count, I ask to speak to

Any other use of this paper will result in disciplinary action per FAC 33-601.314 (7-4) misuse of State Property

LEGAL USE ONLY

to Inspector Smith of ORI+2 he said he's running the show and I won't be seeing nobody but that cell, that where you and Burgess will be for a long time. Clerk please send U.S. Marshall and tranfer me to South FIA Reception Medical to get the rest of my treatment for my brain & eye. I feel retaliation with confinement fake D.R., fake knife planted, fake assault, fake drug, which ever way they can set me & Burgess up they will do it once they are notify of these allegation or you can get judge to enter order that if anyone on this compound mess with me or Burgess in anyway they will face federal civil violation charges, but I don't these people. Also please order the Warden to release immediately to compound because I'm trap in this very hot confinement cell which I'm getting lil oxygen to my brain which cause me to fallout blankout 4 and 5 times a day. I have not had a D.R. in 3 years or so just want you to know that to. Which ever way you & judge decide to handle is o.k. with me, but inspector let them do what they want and I don't trust them or Warden. I'm writing please help immediately